# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAMELA ECKHAUS, Individually and on behalf of all others similarly situated : : : Plaintiff, : : v. : : NATURE'S PILLOWS, INC., BILL McALLISTER, BRAD SPECTER a/k/a BRAD SPECTOR, and STEVE SILBIGER : : : : Defendants : | ADMISSION TO PRACTICE *PRO HAC VICE* <br><br> 1:06 CV 00985 (FB) |

## ORDER GRANTING ADMISSION *PRO HAC VICE* OF MATTHEW H. ADLER, M. KELLY TILLERY AND KEN S. MASSEY

The Motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The admitted attorneys Matthew H. Adler, Esquire, M. Kelly Tillery, Esquire and Ken S. Massey, Esquire of Pepper Hamilton LLP are permitted to argue or try this particular case in whole or in part as counsel or advocate for Defendants Nature's Pillow, Bill McAllister and Brad Specter.

An attorney admitted to practice *pro hac vice* is required to a pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearances as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

The attorneys admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

BY THE COURT: So ordered.

DATED: April ___, 2006
May 3, 2006.

Matsumoto, U.S.M.J.     Block, J.

# Pepper Hamilton LLP
Attorneys at Law

3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
215.981.4000
Fax 215.981.4750

Ken S. Massey
direct dial: (215) 981-4429
direct fax: (215) 359-1607
masseyk@pepperlaw.com

May 2, 2006

**VIA FACSIMILE**

The Honorable Kiyo A. Matsumoto
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Eckhaus v. Nature's Pillows, Inc., Bill McAllister, Brad Specter, and Steve Silbiger,* No. 1:06-cv-00985-FB-KAM

Dear Judge Matsumoto:

Please note that Matthew H. Adler, M. Kelly Tillery, and Ken S. Massey, pursuant to their Motion filed with this Court on April 25, 2006 seeking admission *pro hac vice*, seek to represent Defendants Nature's Pillows, Inc., Bill McAllister and Brad Specter in the above captioned matter.

Respectfully submitted,

*/s/ Ken Massey/*

Ken Massey

cc: All Attorneys for Plaintiff