FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ MAY 0 4 2006 ★

BROOKLYN OFFICE

DOCKET & FILE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAMELA ECKHAUS, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) 06 CV 985 (FB) (KAM) ) |
| NATURE'S PILLOWS, INC., BILL MCALLISTER, BRAD SPECTOR, and STEVE SILBIGER, | ) ) ) ) CLASS ACTION |
| Defendants. | ) ) |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE* TO LANCE A. RAPHAEL

The motion for admission *pro hac vice* for plaintiff in the above-captioned matter is granted. The admitted attorney, LANCE A. RAPHAEL, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee within 10 business days.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above-listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated: April 21, 2006

Kiyo A. Matsumoto, U.S.M.J.

cc: *Pro Hac Vice* Attorney
    Court File